■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY BIRCH, Appellant. [726 NYS2d 279] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered October 18, 1999, convicting him of kidnapping in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's contentions regarding prosecutorial misconduct during summation are unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Dien,* 77 NY2d 885; *People v Nuccie,* 57 NY2d 818). In any event, the allegedly inflammatory and prejudicial remarks constituted either fair comment on the evidence (*see, People v Ashwal,* 39 NY2d 105), or a fair response to the defense counsel's summation (*see, People v Galloway,* 54 NY2d 396).

The defendant contends that he was denied the effective assistance of counsel at trial. However, to prevail on such a claim, the defendant must overcome the strong presumption of effectiveness (*see, People v Baldi,* 54 NY2d 137; *People v Myers,* 220 AD2d 461). Upon our review of the record, we are satisfied that the defendant received the effective assistance of counsel (*see, People v Myers, supra*).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Santucci, J. P., Goldstein, H. Miller and Crane, JJ., concur.